■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS CORREA, Appellant. [939 NYS2d 846]—Order, Supreme Court, New York County (Carol Berkman, J.), entered on or about May 20, 2005, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed.

The court properly exercised its discretion when it granted a downward departure to risk level two, but declined to grant a further departure (*see People v Mingo*, 12 NY3d 563, 568 n 2 [2009]; *People v Johnson*, 11 NY3d 416, 421 [2008]). After weighing the extreme seriousness of defendant's criminal conduct against the mitigating factors he cites, we conclude that departure to the lowest risk level would not be appropriate. Concur—Saxe, J.P., Sweeny, Freedman and Manzanet-Daniels, JJ.